UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| | |
|---|---|
| JOSHUA KENNETH MONDEREN, SR, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 1:24-cv-00045-SNLJ |
| | ) |
| KAVIN D. PRICE, | ) |
| | ) |
| Defendant. | ) |

## MEMORANDUM AND ORDER

This matter is before the Court on plaintiff's motion for default judgment. [Doc. 36]. The Clerk of Court previously entered default against defendant Kavin D. Price for failure to plead or otherwise defend this action. [Doc. 30].

Despite having been served, defendant Price has failed to appear, respond, or otherwise participate in these proceedings. Plaintiff now seeks default judgment in the amount of $82,500, consisting of $5,000 in nominal damages, $75,000 in compensatory damages, and $2,500 in punitive damages. To date, defendant Price has neither contested the complaint nor opposed the amount of damages sought.

Accordingly,

**IT IS HEREBY ORDERED** that defendant Kavin D. Price shall **show cause, in writing, within twenty-one (21) days of the date of this Order**, why default judgment should not be entered against him in the amount requested by plaintiff.

**Failure to timely respond to this Order may result in the Court granting default judgment in favor of Plaintiff without further notice.**

**IT IS FURTHER ORDERED** that the Clerk of Court shall mail a copy of this Order to the last known address of defendant Price [Docs. 16, 21].

Dated this 2nd day of June, 2025.

_____
STEPHEN N. LIMBAUGH, JR.
SENIOR UNITED STATES DISTRICT JUDGE