UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| | |
|---|---|
| JOSHUA KENNETH MONDEREN, SR., ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | Case No. 1:24-cv-00045-SNLJ |
| ) | |
| KAVIN D. PRICE, ) | |
| ) | |
| Defendant. ) | |

## **MEMORANDUM AND ORDER**

This matter is before the Court on plaintiff Joshua Kenneth Monderen, Sr.'s Motion for Entry of Default Judgment against defendant Kavin D. Price [Doc. 36]. Despite being served, defendant Price failed to appear or file a responsive pleading. As a result, a Clerk's Entry of Default was entered against defendant Price on October 16, 2024 [Doc. 30]. On November 21, 2024, plaintiff filed his request for a default judgment in the amount of $82,500 plus costs [Doc. 36].

On June 2, 2025, the Court ordered defendant Price to show cause why a default judgment should not be entered against him for the amount requested by plaintiff [Doc. 44]. On June 26, 2025, defendant Price filed a one-page letter stating "[his] side of the story" in four sentences [Doc. 45]. He did not address his failure to plead or otherwise defend this action or the amount of damages requested by plaintiff [*Id.*].

Upon consideration of the record in this case and plaintiff's motion for default judgment, which includes a memorandum, declaration, and exhibits [Doc. 59], this Court will grant the motion and the request for damages of $82,500, along with costs of $350 for the filing fee.

Accordingly,

**IT IS HEREBY ORDERED** that plaintiff Joshua Kenneth Monderen, Sr.'s Motion for Entry of Default Judgment against defendant Kavin D. Price [Doc. 36] is **GRANTED**.

**IT IS FURTHER ORDERED** that default judgment is entered in favor of plaintiff and against defendant Kavin D. Price for the sum certain of $82,500 plus costs of $350 for the filing fee, for a total judgment of $82,850. Post-judgment interest shall continue at the legal rate as provided by law until paid in full. A separate judgment will be entered.

**IT IS FINALLY ORDERED** that the motions for appointment of counsel [Docs. 34, 43] are **DENIED as moot**.

**SO ORDERED** this 14th day of August, 2025.

_____
STEPHEN N. LIMBAUGH, JR.
SENIOR UNITED STATES DISTRICT JUDGE