UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| | | |
|---|---|---|
| JOSHUA KENNETH MONDEREN, SR., | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | Case No. 1:24-cv-00045-SNLJ |
| | ) | |
| KAVIN D. PRICE, | ) | |
| | ) | |
| Defendant. | ) | |

**MEMORANDUM AND ORDER**

This closed case is before the Court on plaintiff's motion for a writ of execution [Doc. 56] and motion for contempt [Doc. 57]. For the following reasons, the motions are denied.

On August 14, 2025, a default judgment was entered in favor of plaintiff on his claim under 42 U.S.C. § 1983 against defendant. [Doc. 48]. Plaintiff now seeks to collect on the judgment by contempt proceedings or a writ of execution. [Doc. 56]. Federal Rule of Civil Procedure 69 governs the process to enforce a money judgment in federal court. "The procedure on execution--and in proceedings supplementary to and in aid of judgment or execution--must accord with the procedure of the state where the court is located, but a federal statute governs to the extent it applies." Fed. R. Civ. P. 69(a)(1). Because § 1983 provides no mechanism for enforcing a judgment, a court must look to Missouri law. *See Hankins v. Finnel,* 964 F.2d 853 (8th Cir. 1992) (applying state law to enforce judgment)).

Here, plaintiff has not complied with the procedures for applying for a writ of

execution. He has neither submitted the appropriate forms nor provided the required information. As a result, the motion for writ of execution must be denied.

Plaintiff also requests that the defendant be held in contempt. However, contempt is not the proper remedy for an unsatisfied judgment. *See Olson v. Desserts on the Boulevard, LLC*, 4:12-cv-1629 CAS, 2014 WL 307144, at *3 (E.D. Mo. Jan. 28, 2014) (collecting cases); *see also* 12 Charles Alan Wright & Arthur R. Miller, Federal Practice and Procedure § 3011 (3d ed., May 2025 update). Accordingly, the motion for contempt will be denied.

Accordingly,

**IT IS HEREBY ORDERED** that plaintiff's motion for a writ of execution [Doc. 56] and motion for contempt [Doc. 57] are **DENIED.**

**SO ORDERED** this 24th of November, 2026.

STEPHEN N. LIMBAUGH, JR.
SENIOR UNITED STATES DISTRICT JUDGE